ISAAC RUDOWITZ and STAR HEXAGON BOX CORPORATION, Appellants, v. WILLIAM CONESCU and LOUIS BLUMENSTOCK, Respondents.— Order directing service of second amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendants to answer within ten days from the entry of the order herein. This is an action in equity and the court can grant such relief as the parties prove themselves

entitled to on the trial. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Scudder, J., dissents and votes to affirm.